## Scranton Railway Company *v.* Bisignani, Appellant.

OPINION BY TREXLER, J., May 7, 1917:

As per agreement filed and for reasons set forth in opinion this day filed in Scranton Railway Company v. Fiorucci, No. 49, March Term, 1917, the judgment is affirmed. Appellant to pay costs.